

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ CW _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. OSCAR OCHOA, DEFENDANT(S). | CASE NUMBER 2:18-cr-00319-JFW **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant Oscar Ochoa_, IT IS ORDERED that a detention hearing is set for _January 18_, _2019_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Maria A. Audero_, in Courtroom _690_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _January 15, 2019_

HON. MARIA A. AUDERO, United States Magistrate Judge